# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1941

_____

United States of America

*Plaintiff - Appellee*

v.

Andrew Spotted Elk

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Pierre

_____

Submitted: August 19, 2015
Filed: August 24, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Andrew Spotted Elk directly appeals the sentence that the district court[1] imposed upon revoking his supervised release, arguing that his six-month prison

---

[1]The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota.

sentence is substantively unreasonable. Upon careful review, see United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range sentence is not substantively unreasonable, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009). We grant counsel's motion to withdraw. The judgment is affirmed.

_____